**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick K. Moran,<br><br>         Plaintiff,<br><br>vs.<br><br>Maricopa County, et al.,<br><br>         Defendant. | No. CIV 06-0764-PHX-DKD<br><br>**ORDER** |

Plaintiff filed his Complaint on March 16, 2006 (Doc. #1) and on March 20, 2006, this Court issued an Order (Doc. #3) directing Plaintiff file an amended complaint complying with Rule 8, Federal Rules of Civil Procedure. To date, Plaintiff has failed to comply with this Court's March 20, 2006 Order. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint complying with the March 20, 2006 Order within 20 days of the date of this Order. Failure to comply with this Order may result in the dismissal of this action without prejudice.

DATED this 4th day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge